# Court of Appeals
# of the State of Georgia

ATLANTA, March 11, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1437. LESHON NELSON v. EVI CWS QUILL, LLC.

This case originated as a dispossessory matter in magistrate court. The magistrate court found in favor of EVI CWS Quill, LLC ("Quill"), and Leshon Nelson filed a petition for review in superior court. The superior court dismissed the petition, and Nelson filed an application for discretionary appeal from this ruling, which we granted. Case No. A25D0223 (Feb. 11, 2025). In an unpublished opinion, we reversed the superior court on procedural grounds. Case No. A25A1208 (Sept. 8, 2025). Thereafter, the superior court entered a final order and writ of possession. Nelson filed a direct appeal from this ruling, which we dismissed for failure to file a discretionary application.[1] Case No. A26A1049 (Jan. 7, 2026). On January 27, 2026, the superior court entered an order requiring Nelson to post a supersedeas bond, and Nelson filed a direct appeal from this ruling on February 26, 2026. We lack jurisdiction for at least two reasons.

First, because the underlying issue involves the superior court's de novo review of a magistrate court ruling, Nelson was required to follow the discretionary appeal procedures. See OCGA § 5-6-35(a)(1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Second, the notice of appeal is untimely. Under OCGA § 44-7-56(b)(1), a notice of appeal in a dispossessory action "shall be filed within seven days of the date such judgment was entered."

---

[1] Nelson has filed a petition for certiorari to the Georgia Supreme Court from our dismissal order.

Here, however, Nelson filed the notice of appeal 30 days after entry of the superior court's order.

For these reasons, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___03/11/2026_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*